No. 87–820. KELLAM ET AL. *v.* PFEIFER ET AL., 484 U. S. 1052;

No. 87–1316. IN RE COOPER, DBA LARRY N. COOPER THE PROPRIETORSHIP, 485 U. S. 957;

No. 87–1329. BROWNING *v.* CHEVRON U. S. A. INC. ET AL., 485 U. S. 963;

No. 87–5917. SIMDRAM *v.* UNITED STATES, 485 U. S. 978;

No. 87–5983. WATSON *v.* MISSOURI ET AL., 485 U. S. 964;

No. 87–6064. SEABORNE *v.* COUNTY COMMISSIONERS OF WASHINGTON COUNTY, 484 U. S. 1053;

No. 87–6074. ROBINSON *v.* AMTRAK RAILROAD CORPORATION ET AL., 485 U. S. 965;

No. 87–6231. CASSELL *v.* MOUNT JOY MENNONITE CHURCH ET AL., 485 U. S. 965;

No. 87–6232. CASSELL *v.* CHARLES, 485 U. S. 965;

No. 87–6259. MOHIUDDIN *v.* CALIFORNIA, 485 U. S. 950;

No. 87–6392. DIGGS *v.* OWENS, SUPERINTENDENT, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., 485 U. S. 979;

No. 87–6398. LIPSEY *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL., 485 U. S. 979;

No. 87–6402. GENTILE *v.* MONTEFIORE HOSPITAL, INC., ET AL., 485 U. S. 979;

No. 87–6427. PETERS *v.* MCCUTCHEON ET AL., 485 U. S. 990; and

No. 87–6488. HILL *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 485 U. S. 980. Petitions for rehearing denied.

No. 85–1029. STARKMAN *v.* MARATHON OIL CO. ET AL., 475 U. S. 1015. Motion for leave to file petition for rehearing denied. JUSTICE SCALIA and JUSTICE KENNEDY took no part in the consideration or decision of this motion.

No. 86–870. PHILLIPS PETROLEUM CO. ET AL. *v.* MISSISSIPPI ET AL., 484 U. S. 469. Motions of City of Elizabeth, New Jersey, et al., Louisiana Landowners Association, Inc., and American Land Title Association for leave to file briefs as *amici curiae* in support of petition for rehearing denied. Petition for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of these motions and this petition.